SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> Concetta Hayes, <br><br> Defendants | Case No.2:11-cv-00980-WBS-JFM <br><br> **ORDER OF DISMISSAL OF DEFENDANT CONCETTA HAYES** <br><br> **CASE TO REMAIN OPEN TO FILE FIRST AMENDED COMPLAINT** |

**IT IS SO ORDERED** that Defendant, Concetta Hayes, is hereby dismissed from this action **WITHOUT** prejudice.  Plaintiff shall have until July 6, 2011 to file a First Amended Complaint against the correct property owners.

Date:  June 16, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00980-WBS-JFM  -  1