SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    vs.<br><br>Concetta Hayes,<br><br>         Defendants | Case No. **2:11-cv-00980-WBS-JFM**<br><br>~~PROPOSED~~ **ORDER RE: REQUEST FOR DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action is hereby dismissed Without Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: July 22, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE